# EXHIBIT A

CRIMINAL COURT OF THE CITY OF NEW YORK
COUNTY OF KINGS: PART Trial 1

-------------------------------------------x

THE PEOPLE OF THE STATE OF NEW YORK,

-against-

Docket No:
CR-046413-18KN
Calendar Call

CLOVER BARRETT,

Defendant.

-------------------------------------------x

120 Schermerhorn Street
Brooklyn, New York 11201
June 12, 2019

B E F O R E: THE HONORABLE EDWIN NOVILLO, CRIMINAL COURT JUDGE

A P P E A R A N C E S:

FOR THE PEOPLE:

ERIC GONZALEZ, ESQ.
District Attorney, Richmond County
350 Jay Street
Brooklyn, New York 11201

BY: ANDREW FARRELL, ESQ.
Assistant District Attorney

FOR THE DEFENDANT:

ASSIGNED COUNSEL PLAN
BERNARD UDELL

BY: BERNARD UDELL, ESQ.

ANNA V. ZNAMENSHCHIKOVA
Official Court Reporter

PROCEEDINGS

COURT OFFICER: Docket ending 6413. Clover M. Barrett.

MR. UDELL: Bernard Udell, 26 Court Street, Brooklyn, New York. Good morning, your Honor.

THE COURT: Good morning, Counsel.

MR. FARRELL: Good morning, your Honor. Andrew Farrell for the Richmond County District Attorney's Office, Special Prosecutor.

THE COURT: Good morning.

MR. FARRELL: Your Honor, at this time, the People are moving to dismiss the docket in the interest of justice. Your Honor, based on a full investigation and evaluation of the case, we cannot meet our burden beyond a reasonable doubt. People move to dismiss.

THE COURT: All right. Thank you, People.

Ms. Barrett, your case here is being dismissed on the motion of the People. The Order of Protection that was previously in effect is now vacated; it's no longer in effect. You're free to go, ma'am. Good luck going forward.

****************************

This is certified to be a true and accurate transcript of the stenographic notes.

ANNA V. ZNAMENSHCHIKOVA, Official Court Reporter